1   **FUCHS LAW GROUP, APC**
      JOHN R. FUCHS, ESQ.      (SBN 82032)
2          jrfuchs@earthlink.net
      GAIL S. GILFILLAN, ESQ.      (SBN 168884)
3          ggilfil@hotmail.com
    12100 Wilshire Boulevard, Suite 800
4   Los Angeles, California 90025-7140
    Telephone (310) 826-9700
5
    Attorneys for Plaintiffs **JOHN R. FUCHS**
6   and **ROBYN R. FUCHS**

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JOHN R. FUCHS, an individual, and )   CASE NO.  2:16-cv-01844-BRO-GJS
     ROBYN R. FUCHS, an individual,    )
12                                      )   [State Court Case No. SC125394.
                      Plaintiffs,       )   Filed February 11, 2016]
13                                      )
           v.                           )   **PLAINTIFFS' RESPONSE TO**
14                                      )   **DEFENDANT STATE FARM'S**
                                        )   **STATUS REPORT REGARDING**
15   STATE FARM GENERAL                 )   **NOTICE OF MOTION TO MODIFY**
     INSURANCE COMPANY and              )   **AND CONFIRM APPRAISAL**
16   DOES 1 through 50, inclusive,      )   **AWARD**
                                        )
17                    Defendants.       )
     _____  )
18                                          The Honorable Beverly Reid O'Connell
19
20
21
22
23
24
25
26
27
28

                                    1
    **PLAINTIFFS' RESPONSE TO STATE FARM'S MOTION TO MODIFY**
              **AND CONFIRM THE APPRAISAL AWARD**

FUCHS LAW GROUP, APC
12100 WILSHIRE BOULEVARD
SUITE 800
LOS ANGELES, CALIFORNIA 90025-7140
(310) 826-9700

As Plaintiffs have previously advised the Court, on March 3, 2017, the Umpire provided the Appraisal Award (the "Award") to counsel for State Farm General Insurance Company and to counsel for Plaintiffs. The amount of the Award in favor of Plaintiffs was $69,606.82. Plaintiffs sent a letter to State Farm and Ms. Rojas, on March 9, 2017, requesting payment of the entire Award within 30 days of March 3, 2017, pursuant to the terms of the Policy, at Loss Settlement, Coverage B, Conditions, paragraph 8, Loss Payment. There was no response from State Farm or Ms. Rojas.

Instead, at the hearing on March 27, 2017, originally scheduled for argument and rulings on State Farm's five Motions in Limine, the Court asked about payment of the Award. In response, counsel for State Farm, Valerie Rojas ("Rojas"), advised the Court that State Farm was preparing two checks to be provided to the Plaintiffs, totaling $65,089.64, representing the full amount of the Award, $69,606.82, less the Actual Cash Value Payments ("ACV") of $4,417.18, allegedly made to Plaintiffs for the replacement furniture and the destroyed electronics. Rojas also advised the Court that State Farm would be filing a Motion to Modify and Confirm the reduced amount of the Award.

The Court then **ordered** that the two checks totaling $65,089.64 were to be delivered to counsel for the Plaintiffs **no later than 4:00 P.M. on Friday, March 31, 2017**, and ordered Rojas to file State Farm's Motion also by 4:00 P.M. on March 31, 2017.

Unfortunately for Plaintiffs, the events that transpired over the next 10 days demonstrated the utter incompetence and bad faith of State Farm and its counsel, which events appeared to have been orchestrated by the Keystone Cops or the Three Stooges.

Specifically, no checks were delivered to Plaintiffs' counsel's or Plaintiffs' home by 4:00 P.M. on March 31st, in direct violation of this Court's Order, and no

FUCHS LAW GROUP, APC
12100 WILSHIRE BOULEVARD
SUITE 800
LOS ANGELES, CALIFORNIA 90025-7140
(310) 826-9700

**PLAINTIFFS' RESPONSE TO STATE FARM'S MOTION TO MODIFY
AND CONFIRM THE APPRAISAL AWARD**

explanation was provided for the willful violation of this Court's Order.  Plaintiffs filed a Report with the Court after 4:00 P.M., advising the Court of the willful violation of the Court Order, and requesting sanctions and penalties, but there was still no response from State Farm or Rojas.

With no checks or other response having been received by late in the day on Monday, April 3rd, Plaintiffs' counsel Gail Gilfillan sent an email to Rojas and her associate, Andrea Giovannone, requesting information of the delivery of the checks, that were now three days late.  The emails were returned with a response stating that Rojas and Giovannone were no longer with the Sedgwick law firm, but no other information was provided.  Ms. Gilfillan then sent an email to a third attorney at Sedgwick, Michael Davisson, who had made an appearance in this case, but she received the same automatic response.

Mr. Fuchs then sought to contact the managing partner at Sedgwick, James Homes, against whom Mr. Fuchs had litigated a case about 20 years ago and whom Mr. Fuchs discussed this action recently with Mr. Holmes, when Mr. Fuchs appeared at the Sedgwick firm for a deposition.  Mr. Holmes was not available, and his assistant would not reveal where Rojas, Giovannone and Davisson had gone.  Later on Monday, April 3rd, a partner at Sedgwick called Mr. Fuchs to report that Rojas, Giovannone and Davisson had left Sedgwick the prior week and moved to Cozen O'Conner.  However, the State Bar website still listed Rojas at Sedgwick and listed Giovannone at her home address.

The following day, Mr. Fuchs and Ms. Gilfillan were advised that rather than deliver the two checks to Plaintiffs' office or home, as ordered by this Court, State Farm had instead mailed those checks from Atlanta "some time the prior week."  However, no checks were received by Plaintiffs, and as of today, April 7, no checks have been received in the mail, thereby allowing the inference that the statement that the checks were "mailed from Atlanta," was false.

FUCHS LAW GROUP, APC
12100 WILSHIRE BOULEVARD
SUITE 800
LOS ANGELES, CALIFORNIA 90025-7140
(310) 826-9700

3

**PLAINTIFFS' RESPONSE TO STATE FARM'S MOTION TO MODIFY AND CONFIRM THE APPRAISAL AWARD**

Then, on Tuesday, April 4th, "Karen from State Farm" appeared unannounced at the guardhouse for Plaintiffs' neighborhood, and provided two hand-drawn checks totaling $65,089.64, that had been prepared by Karen that morning.  No explanation was given as to why hand-drawn checks could not have been provided the prior Friday, in compliance with the Court Order.  Then, in yet another incredible example of State Farm's incompetence, Mr. Fuchs discovered when he went to his bank to deposit the check, Karen had entered the date of loss, July 27, 2015, in the space on the check where the *issue date* of the check, April 4th, was supposed to be inserted.  Mr. Fuchs' bank then stated that it would not accept the check for deposit, because it was dated more than 18 months earlier.

After a series of unpleasant telephone calls with State Farm, in which Mr. Fuchs demanded the immediate delivery of a replacement check, which was provided by Karen later that evening, but it was too late to be deposited that day.  As a result, because Mr. Fuchs had scheduled a large withdrawal from one of his firm's accounts, on April 5th, believing that the State Farm's check could be deposited on April 4th and would clear by April 5th, Mr. Fuchs had to quickly make other arrangements to ensure that the withdrawal did not bounce.

The result of all of this was that Mr. Fuchs and Ms. Gilfillan spent several hours of their time because of State Farm's violation of the Court Order and unbelievable incompetence in the simple task of providing checks that State Farm was ordered to provide to Plaintiffs.  Plaintiffs therefore ask this Court to impose sanctions and/or a penalty on State Farm equal to the amount it has deducted from the Award, $4,517.18, as compensation to the Plaintiffs.

Turning to the issue of the amounts paid by State Farm, Plaintiffs accept the amounts with one exception.  The amount of the claim for the replacement of Plaintiffs' furniture that was presented to the appraisers and the umpire, was

FUCHS LAW GROUP, APC
12100 WILSHIRE BOULEVARD
SUITE 800
LOS ANGELES, CALIFORNIA 90025-7140
(310) 826-9700

4

$44,170.07, less the ACV previously paid by State Farm, of $3,139.20, for a net claim of $41,030.87.  The Award for the replacement furniture was $35,517.87, from which amount State Farm has deducted the ACV of $3,139.20.

Plaintiffs submit that the Award was obviously based on the net claim of $41,030.87, which had already accounted for the ACV, because it appears that the appraisers and umpire reduced the award for the replacement furniture by about $5,500 from the net claim by the Plaintiffs.  Plaintiffs therefore submit that State Farm's deduction of $3,139.20 from the amount award, represents a double deduction of the ACV.  Plaintiffs therefore request that the second deduction of $3,139.20 be disallowed, and that State Farm be ordered to provide an additional check to Plaintiffs within 48 hours, in the amount of $3,139.20.

DATED:  April 7, 2017         **FUCHS LAW GROUP, APC**

By:_____/s/ John R. Fuchs_____
JOHN R. FUCHS
GAIL S. GILFILLAN
Attorneys for Plaintiffs
**JOHN R. FUCHS** and **ROBYN R. FUCHS**

FUCHS LAW GROUP, APC
12100 WILSHIRE BOULEVARD
SUITE 800
LOS ANGELES, CALIFORNIA 90025-7140
(310) 826-9700

**PLAINTIFFS' RESPONSE TO STATE FARM'S MOTION TO MODIFY
AND CONFIRM THE APPRAISAL AWARD**

Exhibit 1

StateFarm

56-1544/441

WESTLAKE VILLAGE, CALIFORNIA

JPMorgan Chase Bank, N.A.
Columbus, Ohio

**5 23**   **428 183** Q

CLAIM NUMBER _75-61146-088_ DATE OF LOSS _7/27/2015_ NAME OF INSURED _John Fuchs_ ISSUED DATE _7/27/2015_

PAY TO THE ORDER OF _John R Fuchs   17726 Calle De Palermo_

_Pacific Palisades, CA 90272_

_fifty six thousand two hundred fourteen and_ 04/100 DOLLARS $ _56214.04_

☐ STATE FARM GENERAL INSURANCE COMPANY
☐ STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS
☐ STATE FARM FIRE AND CASUALTY COMPANY
☐ STATE FARM LLOYDS
☐ STATE FARM FLORIDA INSURANCE COMPANY

_Karen Swenson_
AUTHORIZED SIGNATURE

AUTH. ID
CJQ

COMPANY LOGOS APPEAR ON BACK, HOLD AT 45° ANGLE FOR VIEWING

⑆23594 28 183⑆ ⑈044 11 5443⑈   777 145 194⑈

Exhibit 2

**FUCHS LAW GROUP, APC**
ATTORNEYS AT LAW
12100 WILSHIRE BLVD., SUITE 800
LOS ANGELES, CA 90025-7140

JOHN R. FUCHS
GAIL S. GILFILLAN

jrfuchs@earthlink.net
ggilfil@hotmail.com
310-826-9700

August 23, 2016

**BY EMAIL AND U.S. MAIL**

By email to valerie.rojas@sedgwicklaw.com

Valerie D. Rojas, Esq.
Sedgwick LLP
801 South Figueroa, 19th Floor
Los Angeles, CA 90017-5556

> Re: **Fuchs v. State Farm, U.S.D.C. Case No. 2:16-cv-01844-BRO-GJS**
> **Claim No. 75-6V46-038**
> **Insureds: Robyn Fuchs and John R. Fuchs**
> **Property Address: 17726 Calle de Palermo, Pacific Palisades, CA 90272**

Dear Ms. Rojas:

In response to your questions regarding the existing and future claims we have made to State Farm, arising out of the failed pressure regulator and subsequent water damage to substantial portions of our Residence at 17726 Calle de Palermo, Pacific Palisades (the "Residence"), on July 27, 2015, the purpose of this letter is to provide further documentation regarding the replacement of damaged furniture, fabric, cocktail table and drapery fabric.

First of all, enclosed herewith is a copy of my letter to Trinese Green dated February 7, 2016, in which I provided a detailed breakdown for the Invoices for this personal property that I believe were first sent to State Farm last December and sent again in February. Secondly, also enclosed herewith are copies of the nine Invoices from Victoria Montana setting forth the specific items and charges for the replacement of this personal property, all of which was ruined by the water damage to the Family Room and to my wife's upstairs office.

All of this furniture and the drapery and pillow fabric was ordered by Ms. Montana, an interior designer with 30 years experience, last October, and she sent us her invoices in December. We sent them on to State Farm at that time and again in February, pursuant to a letter from State Farm dated September 18, 2015, in which State Farm admitted that "[y]our policy provides replacement cost for personal items," but will only pay "actual cash value" until the personal property is replaced, at which time, based on the "replacement cost coverage for your personal property, you are eligible to receive an additional amount for items you actually replace."

As explained in my February 7th letter, State Farm had previously paid us $3,139.20, which we deducted from the amount shown on the Invoices of $44,170.07, thereby making the amount of this personal property claim $41,030.87, which is the amount we requested to be paid.

# FUCHS LAW GROUP, APC
### ATTORNEYS AT LAW

Valerie D. Rojas, Esq.
August 23, 2016
Page 2

Please be advised that these invoices were paid in full many months ago, in the amount of $44,170.07, and the sectional sofa, the oversized chair, the pillows and the cocktail table were delivered at least a month ago. The drapery fabric has been provided to Allbright for fabrication of the draperies, but the draperies have not yet been completed, because we still owe Allbright about $3,200 for the refinishing of the hardwood floors. We have asked Ms. Montana to provide us another set of invoices marked "paid," with the delivery date noted on them, to confirm for you that these Invoices have been paid and that the furniture and pillows have been delivered. We will forward those Invoices marked "paid," as soon as we receive them.

To the best of our recollection, the sectional sofa and oversized chair were perhaps eight to ten years old, but we are unable to locate any receipts to show the amount we paid and the date these items were purchased. As to the assertion that these are upgrades, they are not. The sectional sofa is essentially the same size as the prior sectional sofa, and these items are commensurate with the value of the prior items. In fact, the oversized chair is smaller than the chair it replaced.

As to the cocktail table, the existing one that was damaged, was custom-built for us when we built our house in 1991, and was in perfect condition. It was built using the same maple wood and pattern as the hardwood floor in the entry-way of the house, to match the hardwood floor. It was specifically designed to fit over the sub-woofer that sits in the center of the Family Room and is part of the surround-sound system in the Family Room. Most interestingly, while the cocktail table and the carpeting were destroyed by the flood waters, the sub-woofer was not seriously damaged and was able to be salvaged, so we can reuse it when the sound system components are replaced. Our best recollection was that the custom-built cocktail table cost at least $5,000 in 1991.

As to the draperies and drapery fabric, they are also commensurate with the damaged draperies that are being replaced, so there is no upgrade for these items.

In addition to the foregoing, we also need to point out that because of the damage to all of these items in the Family Room, we were unable to use that room for the past year, and particularly, we have been unable to entertain for the last year, which is something we did once every few months since we've been in the house. Moreover, until the new furniture was delivered, we were even embarrassed to have any friends over for dinner. Further, since the large-screen television and the electronics that were destroyed by the water and have little or no value, have not been replaced, because we have no money to purchase the replacements, my wife and I are still unable to use the Family Room as we did virtually every night before the flood.

**FUCHS LAW GROUP, APC**

ATTORNEYS AT LAW

Valerie D. Rojas, Esq.
August 23, 2016
Page 3


We trust that the foregoing information is sufficient to inform you that the claim for $41,030.87, represents personal property that has for the most part been replaced, except for the draperies, and the costs have been fully documented.  Please feel free to contact me if you have any further questions regarding this claim.  Otherwise, we request that this claim be paid immediately

Very truly yours,

FUCHS LAW GROUP, APC

John R. Fuchs

JRF/sbc

# FUCHS LAW GROUP, APC
## ATTORNEYS AT LAW
12100 WILSHIRE BLVD., SUITE 800
LOS ANGELES, CA 90025-7140

John R. Fuchs
Gail S. Gilfillan

jrfuchs@earthlink.net
ggilfil@hotmail.com
310-826-9700

February 7, 2016

By facsimile transmission to
(844) 236-3646

Ms. Trinese Green
State Farms Claim Associate

Re:   Claim No. 75-6V46-038
Insureds: Robyn Fuchs and John R. Fuchs
Property Address: 17726 Calle de Palermo, Pacific Palisades, CA 90272

Dear Ms. Green:

You may recall that some months ago, we made claims for personal property damage to our home from a massive flood that occurred on July 27, 2015. I have received and assembled further invoices and information regarding the personal property damage and am submitted them with this letter. I need to say, however, that I continue to be stunned that State Farm does not provide email addresses for more rapid communication and the submission of claims information but instead prefers to rely on 1980's technology known as fax machines, or 1700's technology known as the U.S. Mail. I do not know how State Farm could slow down the claims process any further, unless it required that claims be submitted by Pony Express.

The foregoing having been said, my first issue has to do with the two clay sculptures that suffered significant damage in the flood. When we discussed this issue months ago, you asked us to see if they can be repaired, and we have determined that they cannot be repaired. I believe that we valued these at $700 for both of them, and we therefore now request a payment in that amount to cover the loss of these two sculptures.

Turning to the major personal property losses, which include the sectional sofa, the oversized chair, cocktail table, pillows, draperies, window seat cushion, chair cushions and related items. The invoices for replacing these items are enclosed. They are:

(1) The sectional sofa–$16,480.80;
(2) Fabric for the sectional sofa–$5,569.90;
(3) The oversized chair–$5,422.75;
(4) Fabric for the oversized chair and pillows–$2,632.35;
(5) Additional fabric for pillows–$782.62;
(6) Cocktail table–$6,322.00;
(7) Drapery fabric for the family room and breakfast room–$4,381.80;
(8) More drapery fabric for the family room and breakfast room–$1,740.73; and
(9) Fabric for the upstair's office–$837.12.

SF 0319

**FUCHS LAW GROUP, APC**
ATTORNEYS AT LAW

Ms. Trinese Green
February 7, 2016
Page 2

The total for all of the above is $44,170.07, and according to the Payment Worksheet dated September 16, 2015, that we received from you, there have been prior payments for these items in the amount of $3,139.20. Thus, according to my math, the amount now due for this personal property claim is $41,030.87. Please either mail us a check or make an electronic deposit into my account, as soon as possible, because there are still substantial amounts due on these invoices that need to be paid before the furniture and other items can be delivered.

While I recognize that some of these Invoices were received by us in December and should have been submitted earlier, we were awaiting other Invoices that were received about a week ago. More importantly, because of the severe damage to our family room and its contents, including all of the electronics that were a total loss, we have been unable to use our family room, which is the most-used room in our house, since July 27, 2015. The earlier we can get this payment, the earlier we can get this room back to its condition prior to the flood.

Also, please be aware that while these invoices include the costs of the fabric for the draperies, seat cushions and pillows, there will be additional costs for the manufacture of these items, once the fabric has been delivered. We will submit those costs as soon as we have the invoices. There will also be additional Invoices for replacing the electronics that will be submitted as soon as we are able to obtain quotes for the replacement of these items.

Nothing contained herein shall constitute a waiver of any rights or remedies, or of which are expressly reserved hereby.

Very truly yours,

*John R. Fuchs*

John R. Fuchs

JRF/sbc

SF 0320

02/07/2016 12:37 FAX 1 310 454 8832      FUCHS & ASSOC, INC.                    ☒003

## VICTORIA MONTANA
*Objet d'Art*

# INVOICE



Date: December 1, 2015

| Shipping Method | Shipping Terms | Delivery Date |
|---|---|---|
| BEST WAY | COD | ASAP |

| Qty/Yds | Item # | Description & Size | Finish/Color | Unit Price | Total |
|---|---|---|---|---|---|
| 1 | Custom | Sectional | NA | 15,120.00 | 15,120.00 |
| | | LAF: 129" x 39" x 34" high | | | |
| | | RAF: 126" x 39" x 34" high | | | |
| | | All Seat Cushions Premium Spring Down | | | |
| | | Back Cushions Channeled Fiber & Goose Down | | | |
| | | Waterfall Skirt/Single Weil Cut On Bias | | | |
| | BODY COM | 60 Yds R.A. "Chenille Rib" Linen | | | |
| | WELT COM | 10 Yds R.A. "Valemont" Silver | | | |
| | | *Fabricate As Per Designers Drawing | | | |
| | SIDE MARK: | V Montana/Fuchs/Den Sectional | | | |

| | | |
|---|---|---|
| | Subtotal | 15,120.00 |
| | Sales Tax | 1,360.80 |
| | Total | $16,480.80 |

Delivery Service:

1. Please send a copy of the invoice.
2. Please notify us immediately if you are unable to ship as specified.
3. Send all correspondence to:
   victoriamontana@yahoo.com
   (310) 659-15692

VICTORIA MONTANA

Authorized by _____          Date _____

0c1603801363HPSD4WK9 Received 2/7/2016 2:18:49 PM [Eastern Standard Time]

SF 0549

# VICTORIA MONTANA
*Office of Art*



Date: December 1, 2015

| Shipping Method | | Shipping Terms | | Delivery Date |
|---|---|---|---|---|
| BEST WAY | | COD | | ASAP |

| Qty/Yds | Item # | Description & Size | Finish/Color | Unit Price | Total |
|---|---|---|---|---|---|
| 60 Yds | 240061 | "Chenille Rib" | Linen | 76.00 | 4,560.00 |
| | SIDE MARK: | COM Fuchs Sectional Body Only | | | |
| 10 Yds | | "Valemont" | Silver | 55.00 | 550.00 |
| | SIDE MARK: | COM Fuchs Sectional Welt Only | | | |
| | SIDE MARK: | V Montana/Fuchs/Den Sectional Fabrics | | | |
| | | | | Subtotal | 5,110.00 |
| Delivery Service: | | | | Sales Tax | 459.90 |
| | | | | Total | $5,569.90 |

1. Please send a copy of the invoice.
2. Please notify us immediately if you are unable to ship as specified.
3. Send all correspondence to:
   victoriamontana@yahoo.com
   (310) 569-15692

VICTORIA MONTANA
Authorized by _____   Date _____

3115 EL REDONDO PLANO, SUITE 102 LOS ANGELES, CA 90210

0c1603801369WPSD4WK9 Received 2/7/2016 2:18:49 PM [Eastern Standard Time]

SF 0550

02/07/2016 12:38 FAX 1 310 454 8832        FUCHS & ASSOC, INC.                    ☑005

# VICTORIA MONTANA
*Objet d'Art*

# INVOICE

Date: December 1, 2015

| Shipping Method | Shipping Terms | Delivery Date |
|---|---|---|
| BEST WAY | COD | ASAP |

| Qty/Yds | Item # | Description & Size | Finish/Color | Unit Price | Total |
|---|---|---|---|---|---|
| 1 | Custom | Chair & Half | NA | 4,975.00 | 4,975.00 |
| | | 42" x 39" x 34" high | | | |
| | | | | | |
| | | Seat Cushion Premium Spring Down | | | |
| | | Back Cushion Channeled Fiber & Goose Down | | | |
| | | Waterfall Skirt/Single Welt Cut On Bias | | | |
| | BODY COM | 16 Yds  R.A. "Ring In"  Coral Reef | | | |
| | WELT COM | 3 Yds R.A. "Valemont" Silver | | | |
| | | *Fabricate As Per Designers Drawing | | | |
| | | | | | |
| | SIDE MARK: | V Montana/Fuchs/Den Lounge Chair | | | |
| | | | | | |

| | | |
|---|---|---|
| | Subtotal | 4,975.00 |
| Delivery Service: | Sales Tax | 447.75 |
| | Total | 5,422.75 |

1. Please send a copy of the invoice.
2. Please notify us immediately if you are unable to ship as specified.
3. Send all correspondence to:
   victoriamontana@yahoo.com
   (310) 569-15692

VICTORIA MONTANA

Authorized by                              Date

311 N. ROBERTSON BLVD., SUITE 912, LOS ANGELES, CA 90211

0c1603801370HPSD4WK9 Received 2/7/2016 2:18:49 PM [Eastern Standard Time]

SF 0551

## VICTORIA MONTANA
*Offered Art*

# INVOICE

Date: December 1, 2015

| Shipping Method | | Shipping Terms | | Delivery Date |
|---|---|---|---|---|
| BEST WAY | | COD | | ASAP |

| Qty/Yds | Item # | Description & Size | Finish/Color | Unit Price | Total |
|---|---|---|---|---|---|
| 16 Yds | | R.A. "Ring In" | Coral Reef | 110.00 | 1,760.00 |
| | SIDE MARK: | V Montana/ Fuchs/ Fabric Chair & Half Body Only | | | |
| | | | | | |
| 3 Yds | | R.A. "Valemont" | Silver | 55.00 | 165.00 |
| | SIDE MARK: | V Montana/ Fuchs/ Fabric Chair & Half Welt Only | | | |
| | | | | | |
| 5 Yds | | R.A. "Kara Stripe" | Sunray | 98.00 | 490.00 |
| | SIDE MARK: | V Montana/ Fuchs/ Fabric Kidney Pillow & Sectional Pillows | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Subtotal | 2,415.00 |
| Delivery Service: | | | | Sales Tax | 217.35 |
| | | | | Total | 2,632.35 |

1. Please send a copy of the Invoice.
2. Please notify us Immediately if you are unable to ship as specified.
3. Send all correspondence to:
   victoriamontana@yahoo.com
   (310) 569-15692

VICTORIA MONTANA

Authorized by _____        Date _____

311 N. ROBERTSON BLVD., SUITE 912, LOS ANGELES, CA 90211

0c1603801371KPSD4WK9 Received 2/7/2016 2:18:49 PM [Eastern Standard Time]

SF 0552

02/07/2016 12:38 FAX 1 310 454 8832        FUCHS & ASSOC, INC.                                ☏ 007

# VICTORIA MONTANA
*Objet d' Art*

# INVOICE

Date: January 1, 2016

| Shipping Method | | Shipping Terms | | Delivery Date |
|---|---|---|---|---|
| BEST WAY | | COD | | ASAP |

| Qty/Yds | Item # | Description & Size | Finish/Color | Unit Price | Total |
|---|---|---|---|---|---|
| 2 Yds | | R.A. "Multi Chenille" | Fuchsia | 76.00 | 152.00 |
| 2 Yds | | R.A. "Royal Comfort" | Coral | 76.00 | 152.00 |
| 3 Yds | | R.A. "Fun Paisley" | Coral Reef | 138.00 | 414.00 |
| | SIDE MARK: | V Montana/ Fuchs/ Fabric/ Pillows Sectional | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | Subtotal | 718.00 |
|---|---|---|
| Delivery Service: | Sales Tax | 64.62 |
| | Total | 782.62 |

1. Please send a copy of the invoice.
2. Please notify us immediately if you are unable to ship as specified.
3. Send all correspondence to:
   victoriamontana@yahoo.com
   (310) 569-1569

                                                    VICTORIA MONTANA
                                                    _____
                                                    Authorized by              Date

311 N. ROBERTSON BLVD., SUITE 912, LOS ANGELES, CA 90211

0c1603801372HPSD4WK9 Received 2/7/2016 2:18:49 PM [Eastern Standard Time]

SF 0553

02/07/2016 12:38 FAX 1 310 454 8832        FUCHS & ASSOC, INC.                    ☑008

## VICTORIA MONTANA
*Object d'Art*

# INVOICE

Date: December 1, 2015

| Shipping Method | | Shipping Terms | | Delivery Date |
|---|---|---|---|---|
| BEST WAY | | COD | | ASAP |

| Qty/Yds | Item # | Description & Size | Finish/Color | Unit Price | Total |
|---|---|---|---|---|---|
| 1 | Custom | Cocktail Table | Antique English Walnut | 5,600.00 | 5,600.00 |
| | | 54" x 54" x 19" high | | | |
| | | Fabricate As Per Drawing | | | |
| | SIDE MARK: | V Montana/Fuchs/Den Cocktail Table | | | |
| | | | | Subtotal | 5,600.00 |
| | | | | Sales Tax | 522.00 |
| Delivery Service: | | | | Total | $6,322.00 |

1. Please send a copy of this invoice.
2. Please notify us immediately if you are unable to ship as specified.
3. Send all correspondence to:
   victoriamontana@yahoo.com
   (310) 569-15692

VICTORIA MONTANA

Authorized by                                    Date

711 SUPERIOR AVE., STE 902, LOS ANGELES, CA 90211

SF 0554

02/07/2016 12:38 FAX 1 310 454 8832      FUCHS & ASSOC, INC.                    ☒009

## VICTORIA MONTANA
*Objet d' Art*

# INVOICE

Date: December 1, 2015

| Shipping Method | Shipping Terms | Delivery Date |
|---|---|---|
| BEST WAY | COD | ASAP |

| Qty/Yds | Item # | Description & Size | Finish/Color | Unit Price | Total |
|---|---|---|---|---|---|
| 60 Yds | | R.A. "Shout Spring" | Azalea | 67.00 | 4,020.00 |
| | SIDE MARK: | V Montana/ Fuchs Den/Family Room Drape Fabric | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | |
|---|---|---|
| | Subtotal | 4,020.00 |
| | Sales Tax | 361.80 |
| | Total | 4,381.80 |

Delivery Service:

1. Please send a copy of the invoice.
2. Please notify us immediately if you are unable to ship as specified.
3. Send all correspondence to:
   victoriamontana@yahoo.com
   (310) 569-15692

VICTORIA MONTANA

Authorized by                                    Date

311 N. ROBERTSON BLVD., SUITE 912, LOS ANGELES, CA 90211

0c1603801374HPSD4WK9 Received 2/7/2016 2:18:49 PM [Eastern Standard Time]

02/07/2016 12:38 FAX 1 310 454 8832    FUCHS & ASSOC, INC.    ☑010

## VICTORIA MONTANA
*Objet d' Arts*

# INVOICE

Date: January 26, 2016

| Shipping Method | | Shipping Terms | | Delivery Date | |
|---|---|---|---|---|---|
| BEST WAY | | COD | | ASAP | |

| Qty/Yds | Item # | Description & Size | Finish/Color | Unit Price | Total |
|---|---|---|---|---|---|
| 11 Yds | | R.A. "Bedrock" | Coral Reef | 80.00 | 880.00 |
| | | Breakfast Room Windows | | | |
| 6 Yds | | Fabricut "Pompadour" | Fig | 119.50 | 717.00 |
| | | Breakfast Room Seat Cushions | | | |
| | | | | | |
| | SIDE MARK: | V Montana/ Fuchs/ Fabric/ Breakfast Room | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| Subtotal | 1,597.00 |
| Sales Tax | 143.73 |
| Total | 1,740.73 |

Delivery Service: Freight Not Included

1. Please send a copy of the invoice.
2. Please notify us immediately if you are unable to ship as specified.
3. Send all correspondence to:
   victoriamontana@yahoo.com
   (310) 569-1569

VICTORIA MONTANA
_____
Authorized by                    Date

311 N. ROBERTSON BLVD., SUITE 912, LOS ANGELES, CA 90211

0c1603801375HPSD4WK9 Received 2/7/2016 2:18:49 PM [Eastern Standard Time]

# VICTORIA MONTANA
*Object d' Art*

# INVOICE

Date: January 26, 2016

| Shipping Method | Shipping Terms | Delivery Date |
|---|---|---|
| BEST WAY | COD | ASAP |

| Qty/Yds | Item # | Description & Size | Finish/Color | Unit Price | Total |
|---|---|---|---|---|---|
| 8 Yds | | R.A. "Killian" | Blue Jay | 96.00 | 768.00 |
| | | | | | |
| | SIDE MARK: | V Montana/ Fuchs/Office/ Window Seat Cushion | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | . | | | |
| | | | | | |

| | |
|---|---|
| | Subtotal | 768.00 |
| Delivery Service: Freight Not Included | Sales Tax | 69.12 |
| | Total | 837.12 |

1. Please send a copy of the invoice.
2. Please notify us immediately if you are unable to ship as specified.
3. Send all correspondence to:
   victoriamontana@yahoo.com
   (310) 569-1569

VICTORIA MONTANA
Authorized by                               Date

311 N. ROBERTSON BLVD., SUITE 912, LOS ANGELES, CA 90211